**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| John Rosata, : | |
| : | Civil Action No.: 1:14-cv-11932-JLT |
| Plaintiff, : | |
| v. : | |
| : | |
| Atlantic Service Business Group, Inc.; and : | |
| DOES 1-10, inclusive, : | |
| : | |
| Defendant. : | |
| : | |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(a)

John Rosata ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 30, 2014

                                                                                 Respectfully submitted,

                                                                                 By: /s/ Sergei Lemberg

                                                                                 Sergei Lemberg, Esq.
                                                                                 BBO No.: 650671
                                                                                 Lemberg Law, L.L.C.
                                                                                 1100 Summer Street, 3rd Floor
                                                                                 Stamford, CT 06905
                                                                                 Telephone: (203) 653-2250
                                                                                 Facsimile: (203) 653-3424
                                                                                 Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 30, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By /s/ Sergei Lemberg

                                              Sergei Lemberg